FILED
August 31, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002896399

Ryan Lucksinger, Chapter 7 Trustee
PO BOX 1257. Rocklin, CA 95677
(916) 580-3366

# UNITED STATES BANKRUPTCY COURT

## EASTERN DISTRICT OF CALIFORNIA

### Sacramento Division

| | |
|---|---|
| In Re, | ) Case No. 10-33150- C -7 |
| DUANE R. CHENEY | ) DCN: FRL - 01 |
| & DEANNE L. CHENEY | ) DATE: **September 28, 2010** |
| | ) TIME: **9:30 a.m.** |
| ,Debtor(s) | ) DEPT: C, Courtroom 35, Sixth Floor |

## MOTION FOR SALE OF ASSETS AND DECLARATION OF RYAN LUCKSINGER

I, RYAN LUCKSINGER, the duly appointed trustee in the above entitled matter, hereby move for an order authorizing the sale of assets of the estate.

1.      The Debtor(s) herein filed Chapter 7 bankruptcy on 05/19/10. I have been appointed Trustee for the estate.

2.      The Debtor(s) have listed in their bankruptcy schedules, Schedule B, sub schedule B-14, an interest in:

**ASSET**: Debtors' interest in both Vineyard Gate Management LC as well as Vineyard Gate LLC. Debtors' interest in Vineyard Gates LLC is 12.5% and ½ of Vineyard Gate Management LLC, which owns 0.5% of Vineyard Gate LLC. the total interest being acquired would be 12.75% of Vineyard Gate LLC.

3.      That it is in the best interest of the estate that said asset be sold in that it will generate cash for the estate and the sale is for fair market value.

4.      The Trustee has received an offer from the Landis Family Trust, or assignee, for the sum of $15,000, subject to overbid and the courts approval.

5.      The Landis Family Trust is purchasing the asset subject to the existing liens and encumbrances, if any.

6.      The assets are being sold "As Is" and the Trustee makes no warranty on the condition of the asset.

7.      Overbidding is recommended in increments of $500.00 with overbids starting at a value of $15,500 or higher.  The successful over bid buyer, if any, shall provide the Trustee a certified bank cashiers check for the sum of $15,500 at the conclusion of bidding, with the balance due to the Trustee within 48 hours of the sales hearings.

WHEREFORE, the Trustee prays for an Order from this Court allowing him to sell the asset herein.

DATE: August 31, 2010           /s/  Ryan Lucksinger
                                Ryan Lucksinger, Chapter 7 Trustee


### DECLARATION OF RYAN LUCKSINGER

I, Ryan Lucksinger, hereby declare under penalty of perjury:

1.   I am the Trustee in this case.

2.   I have reviewed all of the foregoing and it is true and correct and if called I would so testify.


DATE: August 31, 2010           /s/  Ryan Lucksinger
                                Ryan Lucksinger, Chapter 7 Trustee