Ryan Lucksinger
PO BOX 1257, Rocklin, CA 95677
(916) 580-3366



UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

Sacramento Division

| In Re, | Case No. 10-33150- C -7 |
|---|---|
| **DUANE R. CHENEY** | DCN: FRL - 04 |
| **& DEANNE L. CHENEY** | DATE: December 21, 2010 |
| | TIME: 9:30 a.m. |
| ,Debtor(s) | DEPT: C, Courtroom 35, 6th Floor |

**MOTION FOR SALE OF ASSETS AND DECLARATION OF RYAN LUCKSINGER**

I, RYAN LUCKSINGER, the duly appointed trustee in the above entitled matter, hereby move for an order authorizing the sale of assets of the estate. The Debtor(s) herein filed Chapter 7 bankruptcy on 05/19/10. I have been appointed Trustee for the estate. The Debtor(s) have listed in their bankruptcy schedules, Schedule B, an interest in the following corporations:

- 50% of Granite Bay Holdings LLC
- 50% of Sunset Valley Construction Inc
- 33.33% of GBH RLR (A General Partnership)

The debtors listed these corporations in the bankruptcy schedules with a zero value, and thus have not exempted any of these items on Schedule C.

1. The Trustee has received an offer from Larry Odbert ("Buyer") to purchase the estate's interest in the three corporations for a total price of $10,000. The Buyer shall be responsible for any tax or transfer fees, if any. The Trustee has accepted this offer subject to the approval of the United States Bankruptcy Court and subject to overbid. The Buyer has already provided the Trustee $10,000 as a deposit, refundable only in the event of overbid.

2. Overbidding is recommended in increments of $200 with overbids starting at a value of $10,200 or higher. The Trustee requests that only those bidders who have

Ryan Lucksinger
PO BOX 1257, Rocklin, CA 95677
(916) 580-3366

a certified cashiers check in the amount of at least $10,200 be allowed to bid. If an overbid is successful the respective certified check in the amount of $10,200 is to be turned over to the Trustee at the conclusion of the bidding, with the remainder of any funds due to be paid no later than 24 hours after the hearing date and to be paid at 2140 Professional Drive, Suite 240, Roseville, CA 95661.

3. The Trustee requests authority to sell its interest in these three corporations for the purchase price of $10,000 or any applicable overbid amount.

WHEREFORE, Ryan Lucksinger prays for an order as follows:

1. The court approve the sale of the three corporations to Larry Odbert for $10,000, or over-bidder at a higher value;
2. This Court authorizes the Trustee to provide a Bill of Sale and exercise any other documents to transfer the assets to the successful buyer; and for such other and further relief as the Court deems appropriate.

DATE: November 30, 2010          /s/ Ryan Lucksinger
                                 Ryan Lucksinger, Chapter 7 Trustee


## DECLARATION OF RYAN LUCKSINGER

I, Ryan Lucksinger, hereby declare under penalty of perjury:

1. I am the Trustee in this case.
2. I have reviewed all of the foregoing and it is true and correct and if called I would so testify.

DATE: November 30, 2010          /s/ Ryan Lucksinger
                                 Ryan Lucksinger, Chapter 7 Trustee